STATE OF NEW JERSEY v. FRED FURGUSON, JR.

May 14, 1985.

Petition for certification denied. (See 198 *N.J.Super.* 395)

STATE OF NEW JERSEY v. JOHN M. HUMANIK, JR.

May 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GAIN.

May 14, 1985.

Certification is granted solely as to defendant's sentence; and it is further

ORDERED that the matter is summarily remanded to the Superior Court, Law Division, Middlesex County, for a resentencing of defendant, and an articulation of the reasons therefor, in the light of the requirements of *State v. Roth*, 95 *N.J.* 334 (1984), and *State v. Hodge*, 95 *N.J.* 369, 374 (1984). *See also State v. Morgan*, 196 *N.J.Super.* 1, 4 (App.Div.1984).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. JUAN RAMOS
FLORENTINO ARRIAGAS.

May 14, 1985.

Petition for certification granted. (See 198 *N.J.Super.* 575)